# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Kenny Lee Bowden,

       Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                                    3:10CV12

J. M. Plyler, et al,

       Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 22, 2010 Order.

                                            Signed: January 22, 2010

                                            Frank G. Johns, Clerk
                                            United States District Court